IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMIPRE SYLVA,

           Plaintiff,

-against-

JACKSON UDE,

           Defendant.

Case No.: 5:21-cv-04102 (JFL)

### ORDER

**AND NOW**, this 15th day of November, 2021, upon consideration of the parties' stipulation to withdraw Defendant's motion to dismiss and to extend Defendant's deadline to answer the Complaint, IT IS HEREBY ORDERED THAT:

1. The stipulation is **approved and granted in part and disapproved and denied in part** as follow:
   a. Defendant's motion to dismiss is withdrawn and dismissed, *see* ECF Nos. 21 and 22;
   b. Defendant's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including **November 29, 2021**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

111521