**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TIMIPRE SYLVA,

                Plaintiff,

        v.

JACKSON UDE,

                Defendant.

No.: 5:21-cv-04102

**ORDER**

    **AND NOW**, this 27th day of December, 2021, in light of Defendant's Amended Answers, Affirmative Defenses, and Counterclaims, ECF No. 27, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Dismiss Defendant's Counterclaims and Strike Certain Affirmative Defenses, ECF No. 26, is **dismissed as moot**.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                Joseph F. Leeson, Jr.
                United States District Judge