UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMIPRE SYLVA,<br>    Plaintiff,<br><br>    v.<br><br>JACKSON UDE,<br>    Defendant. | :<br>:<br>:<br>:    No. 5:21-cv-4102<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 21st day of January, 2022, upon consideration of Defendant's letter-request, *see* ECF No. 30, in which Defendant asks for an extra seven days to respond to Plaintiff's motion to dismiss and strike, *see* ECF No. 29, **IT IS HEREBY ORDERED THAT**:

1. Defendant's letter-request, ECF No. 30, is **DENIED in part and GRANTED in part as follows:**

    a. Defendant has until **5:00 p.m. on January 24, 2022**, to file a response to Plaintiff's motion. ECF No. 29.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge
