UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TIMIPRE SYLVA, :
        Plaintiff, :
    :
v. : No. 5:21-cv-4102
    :
JACKSON UDE, :
        Defendant. :

## O R D E R

**AND NOW**, this 28th day of March, 2022, upon consideration of the Plaintiff's letter-request, which is attached below, wherein he requests an extension until April 7, 2022, to respond to Defendant's discovery requests, **IT IS HEREBY ORDERED THAT** the Plaintiff's request for an extension is **GRANTED**.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge

# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Michael D. Cilento, Esq.
michael@ilawco.com
347-404-5844

March 24, 2022

**VIA EMAIL TO CHAMBERS**

Hon. Joseph F. Leeson, Jr.
United States District Court
504 W. Hamilton Street, Suite 3401
Allentown, PA 18101
Chambers_of_Judge_Joseph_F_Leeson_Jr@paed.uscourts.gov

*Sylva v. Ude*, 5:21-cv-04102-JFL

Dear Judge Leeson, Jr. –

We represent the Plaintiff, Mr. Sylva, in this matter. We write to request a two-week extension of time, until April 7, 2022, for Mr. Sylva to respond to Defendant Ude's First Requests for Production, Admissions, and Interrogatories (the "Discovery Requests"). The Discovery Requests were served to Plaintiff on February 15, 2022, and, before the time to respond expired, the parties did, at Plaintiff's request, agree to a one-week extension until March 24, 2022 for responses to be served.

Unfortunately, the same reasons that necessitated the first request for a one-week extension again require a further short extension. Specifically, due to Mr. Sylva's role as Nigeria's Minister of State for Petroleum Resources, Mr. Sylva has had an unavoidably chaotic work and travel schedule as he has worked to mitigate and minimize the impact of the recent and unfolding Russia-Ukraine war on Nigeria's economy. Mr. Sylva has thus been, to date, unable to coordinate sufficient time with counsel to finalize responses to the Discovery Requests.

We do note that the Court has allowed for 120 days to complete discovery in this case, as opposed to this Court's usual 90 days, and we also note that the parties have not yet scheduled any depositions in this case. Therefore, the impact of a two-week extension for responses should

LEWIS & LIN LLC

be very minimal, and Plaintiff would consent to an extension of the overall discovery period if Defendant should need more time. While Defendant did agree to the initial one-week extension, Defendant would not agree to this additional extension request, and so we ask the Court for intervention. We thank the Court for its attention to this request.

                                                Sincerely,

                                                Michael D. Cilento, Esq.

Copies of this Letter to:

Benneth Amadi, Esq.
<bamadilaw@gmail.com>, <bamadilaw@verizon.net>

Olugbenga Abiona, Esq.
<oluesq@aol.com>

David Lin, Esq.
<David@iLawco.com>