UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMIPRE SYLVA,<br><br>*Plaintiff*,<br><br>v.<br><br>JACKSON UDE,<br><br>*Defendant*. | Civil Action No.: 5:21-cv-4102-JFL<br><br>**ORDER** |

AND NOW, this 21st day of June, 2022, upon consideration of the stipulation of the parties for a one-week extension of time for Plaintiff to file an opposition brief to Defendant's Motion for Summary Judgment (ECF 47, the "Motion"), and a one-week extension of time for Defendant to file any reply thereto, **IT IS HEREBY ORDERED THAT**:

Plaintiff shall have until June 29, 2022, to file an opposition brief to the Motion, and Defendant shall have until July 13 to submit a reply brief to the opposition brief.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge